# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Shawn Marando,

Plaintiff,

v.

City of Boston,

Boston Police Department,

Commissioner Michael Cox,

Superintendent-in-Chief Phillip Owens, Defendants.

## PLAINTIFF'S EXHIBIT BINDER

Exhibits A–H in Support of Civil Rights Complaint

# Table of Contents

**Exhibit A - Awards and Commendations** Supports:

Credibility and Background

**Exhibit B - Initial Harassment and Retaliation (2007)**

Supports: Count I (First Amendment Retaliation), Count II (Due Process)

**Exhibit C - Thane Street Incident and Rule 108 Violations**

Supports: Count II (Due Process), Monell Liability

**Exhibit D - Steroid Investigation and Disparate Discipline** Supports: Count III (Equal Protection), Monell Liability

**Exhibit E - Comparative Discipline Records of Other Officers** Supports: Count III (Equal Protection), Monell Liability

**Exhibit F - Summary of Systemic Misconduct by BPD** Supports: Systemic Misconduct, Monell Liability

**Exhibit G - EEOC Right-to-Sue Letter**

Supports: Procedural Compliance, Federal Jurisdiction

**Exhibit H - Suppression and Mishandling of Prior Complaint (2007–2010)**

Supports: Counts I–III, Monell Liability

**Exhibit Summaries**

# Table of Contents

## Exhibit A – Awards and Commendations

Summary: Demonstrates Plaintiff's exemplary service record, valor awards, and commendations, establishing credibility and background.

Supports: Credibility and Background

## Exhibit B – Initial Harassment and Retaliation (2007)

Summary: Details early harassment by a superior officer, failure of BPD to follow Rule 114, and retaliatory transfer following a formal complaint.

Supports: Count I (First Amendment Retaliation), Count II (Due Process)

## Exhibit C – Thane Street Incident and Rule 108 Violations

Summary: Documents a false Internal Affairs complaint held open for over four years in violation of BPD Rule 108.

Supports: Count II (Due Process), Monell Liability

## Exhibit D – Steroid Investigation and Disparate Discipline

Summary: Outlines Plaintiff's self-reporting of unused steroids, coercive settlement under duress, and harsher punishment than peers.

Supports: Count III (Equal Protection), Monell Liability

## Exhibit E – Comparative Discipline Records of Other Officers

Summary: Provides evidence of disparate treatment by comparing Plaintiff's discipline to that of similarly situated officers.

Supports: Count III (Equal Protection), Monell Liability

**Exhibit F – Summary of Systemic Misconduct by BPD**

Summary: Summarizes patterns of retaliation, delay, and selective enforcement by Internal Affairs Division.

Supports: Systemic Misconduct, Monell Liability

### Exhibit G – EEOC Right-to-Sue Letter

Summary: Confirms exhaustion of administrative remedies and supports federal jurisdiction.

Supports: Procedural Compliance, Federal Jurisdiction

### Exhibit H – Suppression and Mishandling of Prior Complaint (2007–2010)

Summary: Details retaliation, hostile work environment, and mishandling of internal complaints.

Supports: Counts I–III, Monell Liability

4