# PLAINTIFF'S EXHIBIT A

**Plaintiff's Exhibit A**

**Timeline of Some of Plaintiff's Awards**

10/2005:     George L. Hanna Memorial Award for Bravery,

Lt. Governor Kerry Healey

Boston Police Commissioner Kathleen O'Toole

12/02/05:    Commendation Letter for Drug Arrest

12/2005:     Memorial Award, Boston Police Relief Association

Boston Police Commissioner Kathleen O'Toole

12/2005:     Medal of Honor, Boston Police Commissioner Kathleen O'Toole

12/2005:     Memorial Award, Boston Police Relief Association

Boston Police Commissioner Edward Davis

07/2006:     Honor Award, Boston Police Patrolman's Association,

Issued by President Thomas Nee

12/04/11:    BPRA Memorial Award, Commissioner Davis

12/05/11:    Schroeder Brothers Memorial Award for shooting

Reassigned to MIS due to injuries

05/2012:     Medal of Honor, MA Association of Italian- American Police Officers
– Issued by Michael Giacoppo, President

05/03/12:    A Message from the Police Commissioner, Ed Davis

https://www.youtube.com/watch?v=m6yxDSqUh24

A Message from the Police Commissioner: Serving The People

06/2012:     Local Hero Award, ASIS International, Rebecca Colburn

06/2012:     Medal of Valor, American Legion, Department of MA.

10/2012:     Governors Citation, Deval Patrick

10/2012:    George L. Hanna, Medal of Valor, issued by Deval Patrick

10/2012:    Letter of Recognition, George L. Hanna Award for Valor,
            Senator Scott Brown

05/2013:    Certificate of Recognition, Ministry of Public Safety, Panama

07/19/21:    Special Citation for AK-47 arrest