# PLAINTIFF'S EXHIBIT C

**Plaintiff's Exhibit C**

Plaintiff's Summary of Thane St. Incident:

Subject: September 22, 2007 Incident – False Internal Affairs Complaint and Rule 108 Violations

Summary of Incident:

On September 22, 2007, I responded to a call at 30 Thane Street involving a violent male suspect refusing to release a child to the child's mother. Despite the severity of the situation, I successfully used non-violent methods to de-escalate and return the child safely. Neither the suspect nor the child were harmed. Attached Incident Report #070528538 details the encounter.

During this response, I was assaulted by the suspect's mother—who was also the sister of my Boston Police Academy classmate. She scratched my bicep, drawing blood. I filed an Injured Officer Report (#070528679), and subsequently developed a debilitating skin condition that affected me for years and quite possibly, still to date.

Shortly thereafter, that same individual filed an Internal Affairs complaint falsely alleging excessive force. The allegation was entirely baseless—I had not used physical force on her or her son. Despite this, the complaint:

• Remained open for over four years, in direct violation of BPD Rule 108, Sections 5 and 6.

• Continued to be held against me as a professional liability even during my medical leave following a shooting injury.

2

• Was seemingly leveraged as a tool of suppression—blocking advancement, commendations, and retaliating against protected activity.



**BostonPolice**

1 SCHROEDER PLAZA | BOSTON, MA 02120

Boston PD

## # 070528538 - Offense/Incident Report

| REPORTED ON DATE / TIME | DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 | OCCURRED FROM DATE / TIME - OCCURRED TO DATE / TIME |
|---|---|---|
| Sep 22, 2007 02:51 | B3 | Sep 22, 2007 07:34 |

REPORTING OFFICER

KEVIN ROONEY #103782

REPORT TAKEN LOCATION

30 THANE ST

EVENT STATISTICS

- ☐ Auto Investigator
- ☐ Body Worn Camera
- ☐ Car Jack
- ☐ Child Present
- ☑ DVIP
- ☐ Drugs
- ☐ Encampment Response
- ☐ Gun
- ☐ Homeland Security
- ☐ Homeless
- ☐ Juvenile
- ☐ Moped
- ☐ Other Agency/Unit Notified
- ☐ Reveler
- ☐ Search Warrant
- ☐ Section 35
- ☐ Sexual Assault
- ☐ Taser Deployment
- ☐ Victim Stabbed
- ☐ Bicycle
- ☐ CRU - Hate/Bias
- ☐ Child Abuse
- ☐ Contaminated Drink
- ☐ Disabled
- ☐ Elderly
- ☐ Gang
- ☐ Home Invasion
- ☐ Homeland Security UASI
- ☐ Human Trafficking
- ☐ Licensed Premise
- ☐ NIDV
- ☐ Recreational Vehicle
- ☐ School
- ☐ Section 12
- ☐ Sex Offender
- ☐ Shots Fired
- ☐ Victim Shot
- ☐ Warrant Arrest

## NARRATIVE

Original Narrative:
Created: 09/22/2007 02:51:50 By: ROONEY, KEVIN (103782)
About 0007 hours on September 22, 2007 Officers Rooney and Aziz while assigned to the C101A unit along with the C102A (Marando and Cullen), CK01A (Noberini,Obrien), C435A (Coleman) and the C202A (O'Donnell and Casali) units responded to 30 Thane St. on a radio call for a domestic. The reporting party, Venus Williams reported to 911 that her daughter's father is in the house acting up. The 911 notes reported a lot of screaming and commotion in the background.

Upon arrival the Officers observed Joell Williams in the front lobby (apartment building common area) of 30 Thane St. holding a baby (Laureano, Ilimaya DOB 04/01/07) in his left arm stating, ""Yo back up niggers, get the fuck back niggers, I'm holding my daughter"" towards the officers.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| KEVIN ROONEY #103782   Sep 22, 2007 07:34 (e-signature) | Data Migration   Sep 22, 2007 07:35 (e-signature) |
| PRINT NAME | PRINT NAME |
| KEVIN ROONEY #103782 | Data Migration |

Boston PD
Mark45 RMS Form v2.0 generated by C. CUASCUT HERNANDEZ # 157600 on Jun 12, 2025 11:16.
Imported Report.

Pg 1 of 3

4

Officer Marando asked Joell Williams numerous times for him to let the mother(Laureano, Linette DOB 05/18/1990) hold the baby so the officers can talk to him. After each request Joell Williams would yell, ""Get the fuck back niggers."" and would motion his right arm as if he was going to throw a punch. After asking Joell Williams approx. 5 to 6 times to have the mother hold the baby Officer Marando put Joell Williams right wrist in a front wrist lock. At that time Officer Noberini took the baby from Joell's left arm and handed her to the baby's mother, Linette Laureano. After Officer Marando asked Joell repeatedly to put his hands behind his back Officers Marando, Cullen, Aziz, Rooney, Noberini and O'Brien brought Joell to the floor and attempted to get his hands behind his back. Joell held his left arm under his body and refused to put it behind his back. Joell's entire body was tense as the officers struggled to get Joell's left arm behind his back.

At that time Joell's mother, Joanne Venus-Williams jumped on her son and was yelling, ""Get off my son. Get the camera's. Call the attorney."" As officers Aziz and Noberini were trying to get Venus Williams off her son, Venus Williams grabbed Officer Marando's right arm and violently scratched Officer's Marando's right arm. As officers Aziz and Noberini were attempting to get Venus Williams off of Officer's Marando's right arm, Venus-Williams began to hold onto Officer Marando's body and right leg. Officer's Aziz and Noberini then got Venus off from Officer Marando's right leg and struggled with her to get her handcuffed. Venus Williams was arrested for Disturbing the Peace, Disorderly Conduct, Assault and Battery on a Police Officer, Resisting Arrest and Aiding and Escape of Lawful Custody.

Officers Rooney, Cullen, O'Brien and Marando were then able to get Joell's left arm from under his body where he was then handcuffed and placed under arrest for Assault and Battery (Domestic), Disorderly Conduct, Disturbing the Peace, Resisting Arrest and Reckless Endangerment to a Child.

The victim Linette Laureano stated that the incident started when Joell was holding the baby and yelling and screaming that he wanted to be more involved in his daughter's life. Linette further stated that the baby started to cry due to Joell's yelling and screaming. When Linette tried to get the baby Joell pushed her back. The victim was advised of her rights under 209A. The victim and the baby were transported to 520 Hyde Park Ave in Hyde Park by the CK01A unit.

Joanne Venus-Williams was transported to the station by the C102A for booking. Joell Williams was transported back to the station for booking by the C101a.

Upon arrival to the station, Joell began to complain of pain in his wrist. As a result Boston H&H was summoned to the station. Joell was transported to the Carney hospital.

Pictures of Officer Marando's injuries were taken by Sgt. Marc Sullivan (C909). Officer Marando wrote a 1.1 narrative which is attached to this report.

Officer Aziz contacted DSS and spoke with Janice, intake worker to file a 51a. This report was subsequently faxed to them at 617-360-2650.

Original Narrative:
Name(s):
JOANNE VENUS-WILLIAMS

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| KEVIN ROONEY #103782  Sep 22, 2007 07:34 (e-signature) | Data Migration  Sep 22, 2007 07:35 (e-signature) |
| PRINT NAME | PRINT NAME |
| KEVIN ROONEY #103782 | Data Migration |

Involvement: Reporter
Phone(s): 617-265-2555 (h)
Address 1: 30 THANE ST, Unit: 2L, DORCHESTER, MA 00000-0000
JOANNE VENUS-WILLIAMS
Involvement: Suspect
DOB: 10/07/1964
SSN: 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
Phone(s): 617-259-7356 (h)
Address 1: 118 HARRISHOF ST, BSTN, MA 2121
Driver's License (st): S85106951 (MA)
JOEL WILLIAMS
Involvement: Suspect
DOB: 08/21/1989
SSN: 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
Address 1: 31 DANTHANE ST, Unit: 2L, DORCHESTER, MA 02124
LINETTE LAUREANO
Involvement: Victim
DOB: 05/18/1990
Phone(s): 617-276-9449 (h)
Address 1: 520 HYDE PARK AVE, HYDE PARK, MA 00000-0000

## SUSPECT-1

| SUSPECT-1 (PERSON) | | | DOB / ESTIMATED AGE RANGE |
|---|---|---|---|
| S-1 Venus-Williams, Joanne | | | 1964-10-07 |

| SEX | RACE / ETHNICITY | PHONE NUMBER | |
|---|---|---|---|
| Female | Black / Not of Hispanic Origin | (617) 265-2555 (Home) | |

HOME ADDRESS
30 THANE, 2L, DO, MA 02124

## SUSPECT-2

| SUSPECT-2 (PERSON) | | | DOB / ESTIMATED AGE RANGE |
|---|---|---|---|
| S-2 Williams, Joell | | | 1989-08-21 |

| SEX | RACE / ETHNICITY | PHONE NUMBER | |
|---|---|---|---|
| Male | Black / Not of Hispanic Origin | (617) 265-2555 (Home) | |

HOME ADDRESS
30 THANE ST, 2, DORCHESTER, MA 02125

## OFFENSE-1

OFFENSE CODE
Migrated Report - Assault/Assault & Battery

OFFENSE LOCATION
LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, SUITE / DESCRIPTION
30 THANE ST

| COUNTRY CODE | DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 |
|---|---|
| US | B3 |

## OFFENSE-1

OFFENSE CODE
Migrated Report - Assault/Assault & Battery

OFFENSE LOCATION
LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, SUITE / DESCRIPTION
30 THANE ST

| COUNTRY CODE | DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 |
|---|---|
| US | B3 |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| KEVIN ROONEY #103782  Sep 22, 2007 07:34 (e-signature) | Data Migration  Sep 22, 2007 07:35 (e-signature) |
| PRINT NAME | PRINT NAME |
| KEVIN ROONEY #103782 | Data Migration |