# PLAINTIFF'S EXHIBIT D

## Plaintiff's Exhibit D

Plaintiff's Narration and Articles Pertaining to BPD Steroid Scandal

Subject: 2007–2008 Administrative Investigation into Non-Prescribed Steroid Possession

Summary:

In late 2007, I made the personal decision to self-correct after purchasing $300 worth of non-prescribed anabolic steroids from a fellow officer (Edward Rodrigues). Although I never used the substances, I contacted the officer to voluntarily return them and receive a refund, citing concerns about departmental testing and my professional integrity.

Shortly thereafter:

• I was contacted by Anti-Corruption, who informed me I would be treated as a witness, not a suspect, as long as I continued to cooperate.

• Despite this, I was relieved of duty, surrendered my firearm and badge, and was placed on administrative suspension for over 5.5 months—significantly longer than officers who had actually used similar substances.

• I was eventually issued a 45-day suspension without pay, along with a series of 5 charges, 3 of which I later learned were added by Sgt. Detective Moss beyond the original findings—without cause or procedural clarity.

Disciplinary Disparity:

2

- Despite never using the substance and cooperating fully, I received:• 161 days of lost opportunities of earning additional income due to the administrative suspension

- $32,000 in personal loans to cover living expenses

- A settlement agreement signed under financial duress and threat of, 'If I did not sign they would add the criminal charge of redistribution'. When I questioned that, I was told, well you cannot return drugs for your money back, so you sold them.' As dirty as that was, and in the point of financial hardship I was in, I was forced to sign the agreement.

- Meanwhile, other officers who admitted to actual usage of banned substances were suspended for only 5–15 days, **received one single violation of department rules and most often all** with penalties held in abeyance.

Settlement Irregularity:

- The agreement I was forced to sign initially mischaracterized the substance as a "narcotic."

- I specifically objected, citing DEA classifications. After weeks of delay—caused by departmental vacation schedules—this language was corrected.

- My request to divide the suspension term (standard for similarly situated officers) was denied without explanation.

Themes Highlighted:

- Punishment for self-reporting rather than protected cooperation

- Disparate treatment unsupported by facts or precedence

- Use of financial pressure to coerce agreement

3

- Administrative isolation, despite no criminal conduct

11 Boston Police Officers disciplined in steroid scandal - Police Forums & Law Enforcement Forums @ Officer.com

# 11 Boston Police Officers disciplined in steroid scandal

- Posts
- Latest Activity
- Photos
- 
- 

Pageof2
- Filter

**GrayPatriot**
Forum Member
- Join Date: Jan 2007
- Posts: 1875
- 

#1

## 11 Boston Police Officers disciplined in steroid scandal

07-02-2009, 11:05 PM
Page not found | Boston.com
http://www.boston.com/news/local/breaking_news/2009/07/11_boston_offic.html

Eleven Boston police officers have been disciplined for their role in a steroids scandal that humiliated the department, forced officials to tighten their drug policies, and resulted in prison time for four patrolmen.

4

The disciplined officers, seven of whom admitted to using steroids at some point in their careers, received punishments ranging from a written reprimand to a 45-day suspension without pay. But none of the officers were fired and none will face criminal charges, Boston Police Commissioner Edward F. Davis said today.

"I am disappointed with the actions of the officers disciplined in this matter," he said during a news conference at police headquarters. "We remain steadfast in our dedication to preserving the integrity of our department by taking every measure to prevent and when necessary uncover officer misconduct."

The punishments were the culmination of an investigation that began in August 2006 soon after the FBI arrested Officer Roberto "Kiko" Pulido for trying to traffic cocaine. Pulido, a steroid user, would guard parties hosted by a convicted drug dealer at an after-hours club in Hyde Park called the "Boom Boom Room."

Pulido was sentenced to 26 years in prison. Two other officers, Nelson Carrasquillo and Carlos Pizarro, received sentences of 18 years and 13 years, respectively.

Two of the 11 officers were disciplined for going to the club in uniform and while they were on duty. The club sat above an auto body shop on Factory Street, where prostitutes and dancers mingled with police and where alcohol and drugs were readily available.

The Globe reported in March 2008 that a federal grand jury was investigating steroid use and after-hours parties involving Boston officers.

Acting US Attorney Michael Loucks said today that the federal investigation regarding Pulido and steroids use in the Boston Police Department has been closed. Pulido pleaded guilty in November 2008 to charges that he conspired to traffic cocaine and heroin from Western Massachusetts to Jamaica Plain. He was sentenced to 26 years in federal prison.

The disciplinary action against the officers ends one of the most embarrassing chapters in the department's history, but questions linger about how effective the police can be in controlling steroid use in the department, considering how difficult it is to test for the drug. Unlike other narcotics, steroid testing is much more expensive and results from taking hair samples can be less accurate, resulting in false positives.

Davis said that since the federal investigation has begun, the department has begun training supervisors to spot signs of substance abuse, especially steroids. Supervisors are also going through "integrity training," which reviews the department's ethics, like reporting wrongdoing by other officers.

Officers and recruits must take courses that teach the health risks of using anabolic steroids. New recruits will be tested for steroids.

The department also negotiated testing officers who violated the drug abuse policy for their entire careers, instead of just a three-year period.

"There is an emerging trend of steroid use in law enforcement that we're monitoring very closely," Davis said. "Unfortunately, we were on the leading edge of this being disclosed. ... Luckily, it's not very widespread based upon the results of the investigation."

The department's anti-corruption division began investigating the officers when their names came up in interviews with other officers as they probed steroid use in the department.

The disciplined officers included:

-- Steven Gil, a 39-year-old patrolman, who was suspended for three days for failing to notify the department about other officers' steroid use.

-- Kenneth Gaines, a 44-year-old detective, who was suspended for 30 days for using steroids in 2004.

-- Joseph Marrero, a 34-year-old detective, who was suspended for 30 days for using steroids in 2002.

-- Richard Medina, a 36-year-old patrolman, who was suspended for 15 days for using steroids in 2001.

-- Martin Harrison, a 37-year-old patrolman, who was suspended for 30 days for using steroids in 2005 and

5

2006.

-- David Juba, a 35-year-old patrolman, who was suspended for 45 days for using steroids in 2006, then lying about it. He also was punished for going to the Boom Boom Room twice while he was on duty and in uniform.

-- Luke Holbrook, a 36-year-old patrolman, who was suspended for 40 days for using steroids in 2006, then lying about it.

-- Timothy Hancock, a 41-year-old patrolman, who was disciplined for 30 days for using steroids in 2004.

-- Joseph Dominguez, a 37-year-old patrolman, who was disciplined for three days for going to the Boom Boom Room while he was on duty and in uniform.

-- Carl Shorter, a 41-year-old patrolman, was disciplined the same amount of time for the same violation.

-- Nichole Tyler, a 39-year-old patrolwoman, received a written reprimand for leaving her assigned post to drop off her partner at the club.

All of the officers accused of steroid use will be subject to drug tests for their entire careers.

Boston officers disciplined in steroid scandal

# Boston officers disciplined in steroid scandal

July 03, 2009 02:41 PM

By Maria Cramer
Boston Globe

BOSTON — Eleven Boston police officers have been disciplined for their role in a steroids scandal that humiliated the department, forced officials to tighten their drug policies, and resulted in prison time for four patrolmen.

The disciplined officers, seven of whom admitted to using steroids at some point in their careers, received punishments ranging from a written reprimand to a 45-day suspension without pay. But none of the officers were fired and none will face criminal charges, Boston Police Commissioner Edward F. Davis said today.

"I am disappointed with the actions of the officers disciplined in this matter," he said during a news conference at police headquarters. "We remain steadfast in our dedication to preserving the integrity of our department by taking every measure to prevent and when necessary uncover officer misconduct."

The punishments were the culmination of an investigation that began in August 2006 soon after the FBI arrested Officer Roberto "Kiko" Pulido for trying to

6

traffic cocaine. Pulido, a steroid user, would guard parties hosted by a convicted drug dealer at an after-hours club in Hyde Park called the "Boom Boom Room."

Pulido was sentenced to 26 years in prison. Two other officers, Nelson Carrasquillo and Carlos Pizarro, received sentences of 18 years and 13 years, respectively.

Two of the 11 officers were disciplined for going to the club in uniform and while they were on duty. The club sat above an auto body shop on Factory Street, where prostitutes and dancers mingled with police and where alcohol and drugs were readily available.

The Globe reported in March 2008 that a federal grand jury was investigating steroid use and after-hours parties involving Boston officers.

Acting US Attorney Michael Loucks said today that the federal investigation regarding Pulido and steroids use in the Boston Police Department has been closed. Pulido pleaded guilty in November 2008 to charges that he conspired to traffic cocaine and heroin from Western Massachusetts to Jamaica Plain. He was sentenced to 26 years in federal prison.

The disciplinary action against the officers ends one of the most embarrassing chapters in the department's history, but questions linger about how effective the police can be in controlling steroid use in the department, considering how difficult it is to test for the drug. Unlike other narcotics, steroid testing is much more expensive and results from taking hair samples can be less accurate, resulting in false positives.

Davis said that since the federal investigation has begun, the department has begun training supervisors to spot signs of substance abuse, especially steroids. Supervisors are also going through "integrity training," which reviews the department's ethics, like reporting wrongdoing by other officers.

Officers and recruits must take courses that teach the health risks of using anabolic steroids. New recruits will be tested for steroids.

The department also negotiated testing officers who violated the drug abuse policy for their entire careers, instead of just a three-year period.

"There is an emerging trend of steroid use in law enforcement that we're monitoring very closely," Davis said. "Unfortunately, we were on the leading edge

7

of this being disclosed. ... Luckily, it's not very widespread based upon the results of the investigation."

The department's anti-corruption division began investigating the officers when their names came up in interviews with other officers as they probed steroid use in the department.

The disciplined officers included:

-- Steven Gil, a 39-year-old patrolman, who was suspended for three days for failing to notify the department about other officers' steroid use.

-- Kenneth Gaines, a 44-year-old detective, who was suspended for 30 days for using steroids in 2004.

-- Joseph Marrero, a 34-year-old detective, who was suspended for 30 days for using steroids in 2002.

-- Richard Medina, a 36-year-old patrolman, who was suspended for 15 days for using steroids in 2001.

-- Martin Harrison, a 37-year-old patrolman, who was suspended for 30 days for using steroids in 2005 and 2006.

-- David Juba, a 35-year-old patrolman, who was suspended for 45 days for using steroids in 2006, then lying about it. He also was punished for going to the Boom Boom Room twice while he was on duty and in uniform.

-- Luke Holbrook, a 36-year-old patrolman, who was suspended for 40 days for using steroids in 2006, then lying about it.

-- Timothy Hancock, a 41-year-old patrolman, who was disciplined for 30 days for using steroids in 2004.

-- Joseph Dominguez, a 37-year-old patrolman, who was disciplined for three days for going to the Boom Boom Room while he was on duty and in uniform.

-- Carl Shorter, a 41-year-old patrolman, was disciplined the same amount of time for the same violation.

8

-- Nichole Tyler, a 39-year-old patrolwoman, received a written reprimand for leaving her assigned post to drop off her partner at the club.

All of the officers accused of steroid use will be subject to drug tests for their entire careers.

Copyright 2009 Boston Globe

| | |
|---|---|
| Kevin Guy??? | No record |
| Kenneth Gaines? | No record |
| Joe Marrero?? | No record |
| Steven Gil?? | No record |

9

**Peace Officer Standards and Training records:**

**Marando, Shawn** MPTC ID: 8689-9171 Certification Status: Certified

Current Agency: Boston Police Department 00001111 I

Other **2003-02-09** Boston Police Department A-00001930

Other **Misconduct Other / conduct unbecoming Respectful Treatment (?)**

## D. WRITTEN REPRIMANDS

**Sec. 21** The collective bargaining contract between the Boston Police Patrolmen's Association and the City of Boston, effective July 1, 1974, provides:
No material which contains an allegation of misconduct against an employee shall be included in his/her personnel file until the charges have been verified by affidavit and a hearing held. If a determination is made that the allegation is without substance, then the allegation shall not be included in the employee's personnel file.(?)

2008-028 **Suspension: 30+ days**

2008-03-11 Boston Police Department A-00001931

Other Misconduct Other / conduct unbecoming Conduct Unbecoming Sustained A-00001932

Other Misconduct Other / conduct unbecoming Neg.Duty/Unreasonable Judge A-00001933

Other Misconduct Other / conduct unbecoming Conformance to Laws A-00001934

Other Misconduct Other / conduct unbecoming Reporting Law Violations A-00001935

Other Misconduct Alcohol or drug abuse Substance Abuse Policy 00001110 3303

**Rule 109 –**

### D. WRITTEN REPRIMANDS

**Sec. 21** The collective bargaining contract between the Boston Police Patrolmen's Association and the City of Boston, effective July 1, 1974, provides:
No material which contains an allegation of misconduct against an employee shall be included in his/her personnel file until the charges have been verified by affidavit and a hearing held. If a determination is made that the allegation is without substance, then the allegation shall not be included in the employee's personnel file.

Therefore, a letter of reprimand may not be placed in the personnel file of a police officer covered by the collective bargaining contract, unless the allegations in the letter are supported by affidavit

10

and the police officer is given a hearing or unless the police officer waives the right to verification and a hearing. The following procedures are established for letters of reprimand.)

**Harrison, Martin** MPTC ID: 6106-8267

Certification Status: Certified

Current Agency: Boston Police Department 00001013 I

2009-023 **Suspension: 30+ days (DISCIPLINE WAS HELD IN ABEYANCE)** 4/2/2009 Boston Police Department

A-00001746 Other Misconduct Alcohol or drug abuse Prohibited Conduct 111,4A

**Gaines, Kenneth** (No record of discipline) (?)

**Marrero, Joseph** MPTC ID: 3585-9941

Certification Status: Not Certified

Current Agency: Unassociated Officer 3/26/2009 00001113

Boston Police Department Sustained A-00001938 Other Misconduct I2009-019 Alcohol or drug abuse **Suspension: 30+ days (DISCIPLINE WAS HELD IN ABEYANCE)** Prohibited Conduct 111,4A

**Medina, Richard** MPTC ID: 4289-8491

Certification Status: Certified

Current Agency: Boston Police Department 00001127 I2009-065

**Written Reprimand** 11/13/2009 Boston Police Department A-00001959

Other Misconduct Other / conduct unbecoming Situations Involving Off-Duty Boston Police Officers Sustained 00001126 I2009-039 **Suspension: 6-29 days (DISCIPLINE WAS HELD IN ABEYANCE)**

5/19/2009 Boston Police Department A-00001958 Other Misconduct Alcohol or drug abuse Prohibited Conduct 111,4A Sustained 00001125 25203 **Suspension: 1-5 days**

11/16/2003 Boston Police Department A-00001957 Other Misconduct Other / conduct unbecoming Neg.Duty/Unreasonable Judge Sustained 00001124 21101 **Suspension: 30+ days**

10/11/2001 Boston Police Department A-00001956 Other Misconduct Alcohol or drug abuse Drug Test

**Gil, Steven** (No record?)

11

**Holbrook, Luke** MPTC ID: 3806-7800 Certification Status: Not Certified- On Leave Current Agency: Boston Police Department 00001020

I2009-020 **Suspension: 30+ days (DISCIPLINE WAS HELD IN ABEYANCE)**

3/23/2009 Boston Police Department

A-00001755 Other Misconduct Alcohol or drug abuse Prohibited Conduct 111,4A Sustained

A-00001756 Other Misconduct Other / conduct unbecoming Department Reports-Inaccurate Reporting


**Hancock, Timothy** (No record?)


**Juba, Dave** MPTC ID: 7426-9281 Certification Status: Certified

Current Agency: Boston Police Department 00001058

I2008-126 Suspension: **30+ days (DISCIPLINE WAS HELD IN ABEYANCE)** 12/3/2008 Boston Police Department

A-00001832 Other Misconduct Other / conduct unbecoming Conduct Unbecoming Sustained

A-00001833 Other Misconduct Other / conduct unbecoming Neg.Duty/Unreasonable Judge Sustained

A-00001834 Other Misconduct Other / conduct unbecoming Failure to Notify Supervisor when leaving assigned post Sustained

A-00001835 Other Misconduct Other / conduct unbecoming Neg.Duty/Unreasonable Judge Sustained

A-00001836 Other Misconduct Other / conduct unbecoming Failure to Notify Supervisor when leaving their assigned post Sustained

A-00001837 Other Misconduct Other / conduct unbecoming Prohibited Conduct


**Dominguez, Joseph** MPTC ID: 7836-0090 Certification Status: Certified (Boom Boom Room)

Current Agency: Boston Police Department 00000921

I2008-125 **Suspension: 1-5 days** 12/3/2008 Boston Police Department

A-00001589 Other Misconduct Other / conduct unbecoming Conduct Unbecoming Sustained

A-00001590 Other Misconduct Other / conduct unbecoming Failure to Notify Supervisor when leaving their assigned post Sustained

A-00001591 Other Misconduct Other / conduct unbecoming Neg.Duty/Unreasonable Judge


**Shorter, Carl** MPTC ID: 9999-7155 Certification Status: Certified

12

Current Agency: Boston Police Department 00001218

**I2008-128 Suspension: 1-5 days (DISCIPLINE WAS HELD IN ABEYANCE)**

12/4/2008 Boston Police Department

A-00002113 Other Misconduct Other / conduct unbecoming Neg.Duty/Unreasonable Judge Sustained

A-00002114 Other Misconduct Other / conduct unbecoming Conduct Unbecoming Sustained

A-00002115 Other Misconduct Failure to respond to an incident according to established procedure Failure to Notify Supervisor when leaving their assigned post


**Tyler, Nichole** MPTC ID: 6629-3907 Certification Status: Not Certified

- On Leave Current Agency: Boston Police Department

11/11/1999 00001255 Boston Police Department

Sustained A-00002187 A-00002188 Other Misconduct Sustained Use of Force 30099 Other / conduct unbecoming **Suspension: 30+ days (DISCIPLINE WAS HELD IN ABEYANCE)**

Conduct Unbecoming Use of excessive, non-deadly force Use of Force

13