# PLAINTIFF'S EXHIBIT E

## Plaintiff's Exhibit E

### Death of Arrestee

This exhibit details the promotion of then–Sergeant Sarah Dorsey to Lieutenant in June 2025, despite her direct involvement in a fatal in-custody incident and sustained findings of policy violations. Her promotion exemplifies a systemic issue in which senior officers receive leniency, advancement, or shielded reputational treatment despite professional failings that would disqualify or severely penalize others.

Summary of Incident:

In the custodial death incident of January 27, 2020 (see attached), Sgt. Dorsey was the highest-ranking officer present during intake and made command-level decisions regarding detainee processing. Her failure to order medical reassessment or acknowledge the individual's evident condition—despite his being physically unable to walk, sign documents, or respond verbally—constitutes sustained neglect of duty and a violation of BPD custodial protocols.

Disciplinary Record:

• Received a five-day suspension tied to the fatality. (allegedly – no POST record of it to date.)

• No formal apology or department-wide review was initiated in response to her actions.

• Within months of her suspension, Dorsey was promoted to the rank of Lieutenant, with full leadership authority.

2

Systemic Inconsistency:

• Officers of lower rank (e.g., the Complainant) have received longer suspensions and reputational damage for far less consequential actions.

• This promotion sends a clear message of rank-based impunity, undercutting morale and reinforcing distrust in the department's disciplinary fairness.

Themes Highlighted:

• Selective accountability based on position or internal connections.

• Reward structures disconnected from conduct, outcomes, or public trust.

• Demoralization of line officers who demonstrate consistent professionalism under threat.

# BostonPolice

## IR 2020070409 - Offense/Incident Report

| | | |
|---|---|---|
| REPORTED ON DATE/TIME | | |
| Jan 27 2020 04:00 | A7/6-421/32 | |
| REPORTING OFFICER | | MEANS |
| SHAWN MARANDO #012130 | | Stab (Knife) |

**LOCATION:** 251 MAVERICK ST / GENEVA ST / COTTAGE ST, EAST BOSTON, MA 02128

### Attributes

- [ ] Auto Investigator
- [ ] Body Worn Camera
- [ ] Car Jack
- [ ] Child Present
- [ ] DMP
- [ ] Drugs
- [ ] Encampment Response
- [ ] Gun
- [ ] Homeland Security
- [ ] Homeless
- [ ] Juvenile
- [ ] Moped
- [ ] Other Agency/Unit Notified
- [ ] Revolver
- [ ] Search Warrant
- [ ] Section 35
- [ ] Sexual Assault
- [ ] Victim Shot
- [ ] Warrant Arrest
- [ ] Bicycle
- [ ] CRU - Hate/Bias
- [ ] Child Abuse
- [ ] Contaminated Drink
- [ ] Disabled
- [ ] Elderly
- [ ] Gang
- [ ] Home Invasion
- [ ] Homeland Security (JTTF)
- [ ] Human Trafficking
- [ ] Licensed Premise
- [ ] NIBIN
- [ ] Recreational Vehicle
- [ ] School
- [ ] Section 12
- [ ] Sex Offender
- [ ] Shots Fired
- [x] Victim Stabbed

### Narrative

On Monday, 01/27/2020, at 03:07 hrs., Officers Marando and Sullivan Venezia in the C-7 A Unit, assisted by Officers Whitney and Garcia in the C-201A Unit, Officer Gill in the C-43A Unit, Officer Dasilva in the C-425A Unit, and the C-905, Sgt Dorsey, responded to the location of 251 Maverick Street on a 911 call of a person with a gun.

While responding to the call, the officers were further updated that the actual purpose of the caller (victim) was on scene and "going to kill her".

Officers arrived on location and were initially going to... and spoke to the reporter with police, victim outside awaiting the police, and was able to confirm that ... The officers informed her that they were there to assist and she could then speak with the officers.

| REPORTING OFFICER SIGNATURE | SUPERVISOR APPROVAL |
|---|---|
| SHAWN MARANDO #012130  Jan 27 2020 04:00 (Author) | MATTHEW SMITH #001831  Jan 27 2020 05:18 (Approval) |
| SHAWN MARANDO #012130 | MATTHEW SMITH #001831 |