# PLAINTIFF'S EXHIBIT F

## Plaintiff's Exhibit F

**Plaintiff's Summary of Observed Retaliatory, etc. Actions by the BPD**

Overview:

Over the span of my 27-year history with the Boston Police Department—including time on injured leave and post-retirement—I observed, experienced, and documented a consistent pattern of misconduct and abuse by the Internal Affairs Division. These practices include:

Systemic Misconduct Patterns:

• Retention of open cases far beyond department-mandated time limits, in direct violation of Boston Police Rule 108 (Sections 5 & 6). My personal experience includes a case held open for more than four years with no resolution

• Use of open cases to hinder promotions, transfers, or commendations, despite the absence of sustained findings or factual basis.

• Coercive plea tactics, including pressuring officers into accepting guilt by suggesting reduced punishment only if they waive their rights to a hearing.

• Manipulation of charges to escalate disciplinary exposure without due process.

• Interdepartmental retaliation, including targeted reassignments following complaints against commanding officers, as well as silent rumor campaigns that eroded peer support.

Impact on Department Integrity:

• Violation of both due process rights and department policy erodes public trust.

• Creates a climate of fear, not discipline.

2

- Discourages good-faith reporting of misconduct by leveraging the complaint system itself as a retaliatory mechanism.

Conclusion:

The Internal Affairs Division appears less interested in impartial accountability and more invested in protecting senior command staff while silencing dissent. The failure to adhere to established timelines, falsification of records, selective enforcement of rules, and retaliatory reassignment all reveal a cultural pattern—one that urgently warrants independent external audit and reform.

3