**FOR IMMEDIATE RELEASE**
November 25, 2025

### Boston Police Whistleblower Files Federal Civil Rights Lawsuit

BOSTON, MA — Shawn Marando, a decorated former officer of the Boston Police Department (BPD), has filed a federal civil rights lawsuit in the United States District Court for the District of Massachusetts. The complaint alleges years of retaliation, due process violations, and systemic misconduct by BPD leadership after Marando reported internal harassment and misconduct.

The lawsuit outlines a pattern of constitutional violations, including First Amendment retaliation, Fourteenth Amendment due process and equal protection violations, and Monell liability for systemic failures. Marando, who served 27 years with distinction, seeks accountability and reform within the department.

### Key Exhibits Filed with the Complaint:

- Exhibit A: Awards and Commendations – Establishes Marando's exemplary service record.
- Exhibit B: Initial Harassment and Retaliation (2007) – Documents early retaliation and transfer.
- Exhibit C: Thane Street Incident – Shows due process violations in prolonged IA investigation.
- Exhibit D: Steroid Investigation – Details coercive settlement and disparate discipline.
- Exhibit E: Comparative Discipline – Highlights unequal treatment of similarly situated officers.
- Exhibit F: Systemic Misconduct – Summarizes patterns of retaliation and procedural abuse.
- Exhibit G: EEOC Right-to-Sue Letter – Confirms exhaustion of administrative remedies.
- Exhibit H: Suppression of Complaints – Chronicles mishandling of internal complaints.

### Damages Sought:

Marando seeks $1.17 million in compensatory damages for lost income and benefits, $10 million in punitive damages for willful and malicious conduct, and injunctive relief requiring reforms within the Boston Police Department.

**Statement from Shawn Marando:**

"I served my community with honor for nearly three decades. I never imagined that standing up for what's right would lead to years of retaliation and injustice. This lawsuit is not just about me — it's about making sure no officer has to endure what I did for speaking the truth."

Contact:

Shawn Marando

1952 Monroe Rd

Littleton, NH 03561

617-794-4523

copkido@yahoo.com

2